# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0207, <u>State of New Hampshire v. Richard Mooney</u>, the court on September 14, 2023, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order.  <u>See</u> <u>Sup. Ct. R.</u> 20(2).  The defendant, Richard Mooney, appeals an order of the Superior Court (<u>Kissinger</u>, J.), issued following a hearing, requiring him to pay restitution in the amount of $43,469.72.  <u>See</u> RSA 651:63 (Supp. 2022).  The defendant argues that the evidence was insufficient to support the amount of restitution ordered.  As the appealing party, the defendant has the burden of demonstrating reversible error.  <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).  Based upon our review of the trial court's well-reasoned order, the defendant's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the defendant has not demonstrated reversible error and affirm the court's decision.  <u>See</u> <u>id</u>.; <u>Sup. Ct. R.</u> 25(8).

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

Timothy A. Gudas,<br>Clerk